BURDETTE *v.* ATKINS.

FISH, C. J. There is no complaint that any error was committed upon the trial. The evidence authorized the verdict, and the refusal of a new trial was not error.

*Judgment affirmed. All the Justices concur.*

No. 947. JANUARY 14, 1919.

Equitable petition. Before Judge Thomas. Lowndes superior court. April 20, 1918.

*E. K. Wilcox,* for plaintiff in error. *Whitaker & Dukes,* contra.

---

BARNARD *v.* BEASLEY *et al.*

ATKINSON, J. The judge did not err in refusing an interlocutory injunction. *Judgment affirmed. All the Justices concur.*

No. 960. JANUARY 14, 1919.

Petition for injunction. Before Judge Sheppard. Tattnall superior court. March 16, 1918.

*W. T. Burkhalter,* for plaintiff.

*Gignilliat & Gignilliat* and *H. C. Beasley,* contra.